RICHARD G. McCRACKEN, #2748
SARAH GROSSMAN-SWENSON, #11979
McCRACKEN, STEMERMAN,
& HOLSBERRY
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Phone: (702) 386-5107
Fax:    (702) 386-9848
Email: rmccracken@dcbsf.com
       sgs@dcbsf.com
*Attorneys for Petitioners/ Counter-Respondents*
*Local Joint Executive Board of Las Vegas;*
*Culinary Workers' Union, Local 226*

ROGER L. GRANDGENETT II, #6323
RACHEL SILVERSTEIN, #11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Ste. 300
Las Vegas, NV 89169-5937
Phone: (702) 862-8800
Fax:    (702) 862-8811
Email: rgrandgenett@littler.com
       rsilverstein@littler.com
*Attorneys for Respondent/ Counter-Petitioner*
*The Mirage Casino-Hotel, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS UNION, LOCAL 226, <br><br> Petitioners/ Counter-Respondents, <br> vs. <br><br> THE MIRAGE CASINO-HOTEL, INC., <br><br> Respondent/ Counter-Petitioner. | Case No. 2:15-cv-1225-GMN-PAL <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE; STIPULATED REQUEST FOR A CONTINUANCE OF THE SCHEDULING CONFERENCE** (First Request) <br><br> **and** <br><br> **[Proposed] ORDER** <br><br> **[Civ. L.R. 6-1, 7-1 & 16-1]** |

Petitioners/ Counter-Respondents Local Joint Executive Board and Culinary Workers Union, Local 226 ("Union") and Respondent/ Counter-Petitioner The Mirage Casino-Hotel, Inc. ("Mirage") (and collectively, "Parties"), by and through their counsel of record, hereby stipulate:

1.     The Parties have reached an agreement on a joint, concurrent briefing schedule for the Petition and Counter-Petition, namely, that:

    a.     The Parties' Petition and Counter-Petition shall be determined based on briefing and written submissions, and no live testimony will be held, unless the Court deems it necessary for its decision;

    b.     the Parties' opening briefs on the Petition to Confirm, and the Petition to Vacate, respectively, shall be due on November 3, 2015;

    c.     the Parties' respective opposition briefs shall be due on December 3, 2015; and

    d.     any reply briefs shall be due on December 18, 2015.

2.     The Parties hereby agree and stipulate that if the above briefing schedule is acceptable to the Court, the Court shall take off-calendar the Scheduling Conference set for October 6, 2015, at 9:00 a.m. in Las Vegas Courtroom 3B, before Magistrate Judge Peggy A. Leen.

3.     If the Court would like to keep on calendar the Scheduling Conference set for October 6, 2015, counsel for the Union respectfully requests permission to attend the Scheduling Conference by telephone due to a scheduling conflict, and counsel for the Mirage does not object to this request.

4.     If the Court requires personal attendance at the Scheduling Conference, the Parties hereby stipulate to continue the scheduling conference to October 8, October 9, October 15, or October 16, or a date thereafter, at a time that is convenient for the Court.

5.     Pursuant to Local Rule 16-1(c)(8), as this is an action to enforce/vacate an arbitration award, the Parties are not required to submit any additional scheduling order.

/ / /

/ / /

/ / /

2

Dated: September 25, 2015          RESPECTFULLY SUBMITTED,

McCRACKEN, STEMERMAN & HOLSBERRY

 */s/ Sarah Grossman-Swenson*
     Sarah Grossman-Swenson

*Attorneys for Petitioners/ Counter-Respondents Local Joint Executive Board of Las Vegas and Culinary Workers' Union, Local 226*

Dated: September 25, 2015          RESPECTFULLY SUBMITTED,

LITTLER MENDELSON, P.C.

 */s/ Rachel Silverstein*
     Rachel Silverstein

*Attorneys for Respondent/ Counter-Petitioner The Mirage Hotel-Casino, Inc.*

### ORDER

The Scheduling Conference set for October 6, 2015, shall be vacated, and the Court hereby adopts the briefing scheduled stipulated to by the Parties.

**IT IS SO ORDERED.**

DATED: October 1, 2015                                 _____
                                                      UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I am an employee of McCracken, Stemerman and Holsberry and that on September 25, 2015, I electronically transmitted the foregoing document titled:

**STIPULATION REGARDING BRIEFING SCHEDULE; STIPULATED REQUEST FOR A CONTINUANCE OF THE SCHEDULING CONFERENCE**

to the Clerk's Office using the CM/ECF System for filing and transmittal, and a Notice of Electronic Filing was electronically transmitted from the court to the e-mail addresses on file in the case.

/s/ Yien Saelee
Yien Saelee