RICHARD G. McCRACKEN, #2748
SARAH GROSSMAN-SWENSON, #11979
McCRACKEN, STEMERMAN,
& HOLSBERRY
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Phone: (702) 386-5107
Fax:     (702) 386-9848
Email: rmccracken@dcbsf.com
         sgs@dcbsf.com
*Attorneys for Petitioners/ Counter-Respondents*
*Local Joint Executive Board of Las Vegas;*
*Culinary Workers' Union, Local 226*

ROGER L. GRANDGENETT II, #6323
RACHEL SILVERSTEIN, #11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Ste. 300
Las Vegas, NV 89169-5937
Phone: (702) 862-8800
Fax:     (702) 862-8811
Email:  rgrandgenett@littler.com
         rsilverstein@littler.com
*Attorneys for Respondent/ Counter-Petitioner*
*The Mirage Casino-Hotel, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS UNION, LOCAL 226, <br><br> Petitioners/ Counter-Respondents, <br> vs. <br><br> THE MIRAGE CASINO-HOTEL, INC., <br><br> Respondent/ Counter-Petitioner. | Case No. 2:15-cv-1225-GMN-PAL <br><br> **NOTICE OF CORRECTED IMAGE RE STIPULATION FOR EXTENSION OF TIME REGARDING CONCURRENT BRIEFING SCHEDULE** <br> **(First Request)** <br><br> **and** <br><br> **[Corrected] [Proposed] ORDER** |

Petitioners/ Counter-Respondents Local Joint Executive Board and Culinary Workers

Union, Local 226 ("Union") and Respondent/ Counter-Petitioner The Mirage Casino-Hotel, Inc.

("Mirage") (and collectively, "Parties"), by and through their counsel of record, hereby stipulate to this extension of time:

      1.    Due to scheduling conflicts on other matters, the Parties have agreed to an extension of time to file briefs in their joint, concurrent briefing schedule for the Petition and Counter-Petition set by stipulated order on October 1, 2015, as follows:

      a.    the due date for the Parties' opening briefs on the Petition to Confirm and the Petition to Vacate, respectively, shall be extended from November 3 to November 18, 2015;

      b.    the due date for the Parties' respective opposition briefs shall be extended from December 3 to December 18, 2015; and

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

c.    the due date for any reply briefs shall be extended from December 18 to

January 11, 2016

**IT IS SO STIPULATED.**

Dated: October 20, 2015                RESPECTFULLY SUBMITTED,

McCRACKEN, STEMERMAN & HOLSBERRY

  */s/ Sarah Grossman-Swenson*
     Sarah Grossman-Swenson

*Attorneys for Petitioners/ Counter-Respondents*
*Local Joint Executive Board of Las Vegas* and
*Culinary Workers' Union, Local 226*

Dated: October 20, 2015                RESPECTFULLY SUBMITTED,

LITTLER MENDELSON, P.C.

  */s/ Rachel Silverstein*
     Rachel Silverstein

*Attorneys for Respondent/ Counter-Petitioner The*
*Mirage Hotel-Casino, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2015 ___

3

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I am an employee of McCracken, Stemerman and Holsberry and that on October 28, 2015, I electronically transmitted the foregoing document titled:

**STIPULATION FOR EXTENSION OF TIME
REGARDING CONCURRENT BRIEFING SCHEDULE (First Request)**

to the Clerk's Office using the CM/ECF System for filing and transmittal, and a Notice of Electronic Filing was electronically transmitted from the court to the e-mail addresses on file in the case.

*/s/ Joyce Archain*
Joyce Archain